SCHLOSSBERG v. GOINS

No. 28P01

Case below: 141 N.C. App. 436

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Conditional petition by defendant for discretionary review pursuant to G.S. 7A dismissed as moot 31 January 2002.

SHAMMA v. ALKHALDI

No. 590P01

Case below: 354 N.C. 365

146 N.C. App. 447

Motion by plaintiff to rehear petition for discretionary review pursuant to Rule 31 denied 31 January 2002.

SHARPE v. WORLAND

No. 21P02

Case below: 147 N.C. App. 782

Motion by defendant (Wesley Long Community Hospital) for temporary stay allowed 14 January 2002.

SHERWIN-WILLIAMS CO. v. ASBN, INC.

No. 538P01

Case below: 144 N.C. App. 176

Petition by defendant (Nathan Alberty) for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

SIMS v. FLACCAMIO

No. 646P01

Case below: 146 N.C. App. 748

Petition by intervenor (Hart) for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.